BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED
AUG 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-0240-KJN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | |
| NOM CHANTHALA, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the defendant's initial appearance on August 9, 2013, this matter was set for a Preliminary Hearing on August 23, 2013.

2. By this Stipulation, the parties move to continue the Preliminary Hearing until September 13, 2013 at 2:00 p.m.

3. Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties are discussing potential pre-indictment resolution of this matter. The parties

need further time to discuss this matter and discuss any potential consequences.

**IT IS SO STIPULATED.**


DATED: August 16, 2013        /s/ Jeffrey A. Spivak
                              JEFFREY A. SPIVAK
                              Assistant U.S. Attorney


DATED: August 16, 2013        /s/ Scott Cameron
                              SCOTT CAMERON
                              Attorney for Nom Chanthala
                              (as authorized on August 16, 2013)



**ORDER**

IT IS SO FOUND and ORDERED, this 20th day of August, 2013.

*(signature)*
Hon. DALE A. DROZD
United States Magistrate Judge

Stipulation to Continue                2                United States v. Chanthala