```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00240-AC |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING |
| | ) MOTION TO DISMISS CRIMINAL |
| v. | ) COMPLAINT WITHOUT PREJUDICE |
| NOM CHANTHALA, | ) |
| | ) Judge: Hon. Allison Claire |
| Defendant. | ) |

**ORDER**

Pursuant to Federal Rule of Criminal Procedure 48(a), **IT IS HEREBY ORDERED** that the pending Criminal Complaint in this case is **DISMISSED WITHOUT PREJUDICE.**

Dated:  September 11, 2013         _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

1