**FILED**
September 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>NOM CHANTHALA,                   )<br>                                 )<br>            Defendant.           ) | Case No. 2:13MJ00240-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __NOM CHANTHALA__, Case No. __2:13MJ00240-AC-1__, Charge __DISMISSED__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___ Release on Personal Recognizance

  ___ Bail Posted in the Sum of $___

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ___ (Other) ___

Issued at __Sacramento, CA__ on __September 12, 2013__ at __2:53 pm__.

            By  /s/ Allison Claire/s/ Allison Claire
               Allison Claire
               United States Magistrate Judge

Copy 2 - Court